Klussman *v.* Copeland.

--------◆◆◆--------

## Klussman *v.* Copeland.

It is unnecessary, in an action on a note against the survivor of several makers, to join either the heirs or representatives of the deceased makers.

APPEAL from the *Vanderburg* Common Pleas.

*Per Curiam.*—The only question in this case is, whether the heirs or representatives, or both, of a deceased maker of a

joint promissory note should be joined in an action against the survivor. We do not think such joinder is required.

The judgment is affirmed with costs.

*Chandler & Hynes,* for the appellant.

*Jas. E. Blythe,* for the appellee.